Mail body: Fwd:

---------- Forwarded message ---------
From: **Ken Williams** <kwilliams500774@gmail.com>
Date: Wed, Sep 14, 2022, 7:52 AM
Subject:
To: <staples@printme.com>

**FILED**
JAMES J. VILT, JR. - CLERK
SEP 22 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

1:22-CV-124-GNS

Official Demand Letter.

Complaint:

On September 1st 2022 I was falsely accused of Possibly being involved in criminal activity according to the police report filed by your manager Christy Rigsby. At the location 2460 nashville rd. A copy of the police report is enclosed. I am currently waiting on the Bowlinggreen police department to release to me as evidence the police body cam footage from the incident in question. It will be part of the discovery along with personal recordings and eye witnesses in the litigation process if this case is filed in Federal Court.

On September 1st 2022 I arrived at the taco bell nashville rd location as directed to by my job to pick up a uber eats order I drive for uber. Upon arrival my fiancé stated our legal reason for being there witch was to pick up a uber eats order. Evidence will show uber sent me to that location at that time on that day.

I had no knowledge or there is no evidence of me ever being asked or told not to visit this location, in fact evidence will show that I was being personally discriminated against by the defendant Rigsby on numerous occasions being lied to and deprived of making a living due to the discriminatory actions displayed.

I have a live video recording of my fiancé being told that your company was out of all meat products by one of your employees with the intent to deprive me of making and honest living witch it worked.

After they lied to us about being out of all meat selections that day is when I requested the young man at the window witch will be served a subpoena to be and eye witness to get his manager to release to me the district manager number.

He returned to the drive thru window and stated his manager witch is the defendant rigsby said that they can not provide me with that number so I decided to go inside to see why they were attempting to break the law by refusing to provide a consumer with adequate management information.

Soon as I entered the restaurant the defendant started threatening me with the police and told me to get the Fuck out her store and off her property all because I was requesting the district manager number.

Two 911 calls was made one from the defendant making a false report and one from me requesting police presence. Only after I challenged my right to contact higher management is when the defendant decided to call the police on me and make a false statement in order to request the officer to ban me.

The officer was bias upon arrival being the fact that he personally knew one of the workers body cam footage would show and granted the ban dispite the fact that I disputed the false accusations. Proper litigation actions are being taken for the bias police actions in this matter as well.

I have attempted to make a complaint with your corporate office as well but received nothing but rude unprofessional representatives one cooperate office representative even hung up on me during a call to request your legal department information.

so I have decided to file a civil rights violation claim with the Kentucky attorney General office being that I was targeted and treated unfairly because of my race. She called the police played the white victim role and boy did it work.

After carefully reviewing this race discrimination case and placing a value on the humiliation and embarrassment that I suffered along with the losted wages over a two week span of the lies and discrimination i received I am Demanding $175,000 for defamation of character, losted wages,

humiliation, and public embarrassment.

I am representing myself in this matter so this is to be accepted as a lawful demand. Failure to respond to this demand in 10 days would result in filing this complaint against your company with the United States Federal Court in Warren County, Bowlinggreen, Kentucky.

This public notarized document is to be taken as an official lawful document.

Sincerely signed. *[signature]*

9-22-22